**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 31 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

PLAINTIFF(S)   Clifton James, Williams, SR

v.                                    CASE NUMBER  4:13cv0623 - DPM

DEFENDANT(S)   Centeral, Ark, Transit Bus, Co,

COMPLAINT This case assigned to District Judge Marshall
and to Magistrate Judge Young

1.)   Plaintiff(s) name and address(es)  Clifton James, williams, SR  1622

2.)   Defendant(s) name and address(es)  Sycmore, St, N.L.R, Ark, 72114

3.)   Jurisdiction   Dinnis, Dicker, 900, Maple, St, N.L.R-

4.)   Venue   Ark, 72114

5.)   Factual basis for lawsuit

6.)   Relief sought (including request for jury trial).


Clifton james, williams jr
Signature
Printed Name   Clifton James, SR
                        williams, SR
Printed Address
Telephone Number   1622 Sycmore. St
Arkansas Bar Number (if applicable)

North, LittleRock, Ark ans as

501, 374-2379

Place of employment: _CENTER ArKaNSaS TRaNSit_

Address: _900, Maple St,_

Name of defendant: _DiNNiS, WiCKER_

Position: _Claim, Mager,_

Place of employment: _CENTER, ArKaNSas, TRaNSit_

Address: _The Same as a, above._

Name of defendant: _____

Position: _____

Place of employment: _Retired_

Address: _____

II.   Are you suing the defendants in:

☐   official capacity only
☐ ✓ personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _CliftoN JamES, Williams, sR,_
_1622 N. Sycmore, St, N.L.R, ArK, 72114_

Defendants: _CraNtral ArK, TraNSit, aNd DeNNiS_
_WiCKER 900, maple St N.L.R Ark 72114_

Yes ___/___   No _____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

ON or about, Jan, 27. 2012, I, Clifton
James, Williams, SR, was, Riding, The, center
Arkansas, Transit, Bus from 18th and, F-
lore, St, Downtown, The Drive, of The Bus
Did Not Place, The Set, Belt, propely, on
my Power, chain, in Rute To Downtown,
I, was Thorn To The floor with a, Leg injur,
of The Right Nee, and To The Back, I
was Not Takins, To A hospital, at
That I, DiD Recieve, medical, help
on 1-28-2012 with a spinal cord,
injury, also Lower, Back Pain in-
jurys, The defendent, AUfESEd To
Pay, any medical, Bills, also I, was
over please

-7-

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I, want The defendants, To Pay all court Cousts
and fees under 18-USC.1621, and That, I be
Granted The Soum, of 1,50,600, Dollars

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 29th day of OCtember , 20 13.

Clifton James Williams, Sr

1622 Sycmore, NoRR, ArK, 72114

*Clifton James Williams, Sr.*

Signature(s) of plaintiff(s)

-8-



**Dennis M. Wicker**
Senior Claim Representative

**REGIONS**
CLAIMS MANAGEMENT

1600 Riverfront Drive, Suite 120
P.O. Box 1009
Little Rock, Arkansas 72203-1009
Dennis.Wicker@Regions.com

501.614.6000
Fax 501.614.6001
Toll Free 800.224.3104



**Dennis M. Wicker**
Senior Claim Representative

**REGIONS**
CLAIMS MANAGEMENT

1600 Riverfront Drive, Suite 120
P.O. Box 1009
Little Rock, Arkansas 72203-1009
Dennis.Wicker@Regions.com

501.614.6000
Fax 501.614.6001
Toll Free 800.224.3104