## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLIFTON JAMES WILLIAMS, SR**                                    **PLAINTIFF**

v.                                    **No. 4:13-cv-623-DPM**

**CENTRAL ARKANSAS TRANSIT and**
**DINNIS WICKER, Claim Manager,**
**Central Arkansas Transit**                                    **DEFENDANTS**

### ORDER

Williams has provided more details about his finances. His income is limited and his bills are substantial. He can't afford to pay the filing fee. He may therefore proceed *in forma pauperis*. The motion to reconsider, № 5, is granted.* The Court must, though, screen Williams's complaint. 28 U.S.C. § 1915(e). Williams says Wicker is a claim manager for Central Arkansas Transit. But he doesn't say in his complaint or other filings how Wicker hurt him or what he did wrong. Williams's claims against Wicker are therefore dismissed without prejudice for failure to state a claim. The claims against Central Arkansas Transit can go forward. The Clerk should prepare and deliver a summons, along with a copy of the complaint, to the U.S. Marshal for service on Central Arkansas Transit.

———————————

*The Court directs the Clerk to amend the docket.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 January 2014