IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLIFTON JAMES WILLIAMS, SR.                                        PLAINTIFF

v.                              No. 4:13-cv-623-DPM

CENTRAL ARKANSAS TRANSIT                                          DEFENDANT

## ORDER

Central Arkansas Transit Authority has moved to dismiss, № 8. Williams hasn't responded. Both Williams and the Transit Authority are Arkansas citizens, and Williams's claims don't implicate federal law. This Court therefore lacks jurisdiction. The motion, № 8, is granted. Williams's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2014