IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLIFTON JAMES WILLIAMS, SR.                                        PLAINTIFF

v.                                      No. 4:13-cv-623-DPM

CENTRAL ARKANSAS TRANSIT AUTHORITY
and DINNIS WICKER, Claim Manager, C.A.T.              DEFENDANTS

JUDGMENT

Williams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2014