IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLIFTON JAMES WILLIAMS, SR.                                    PLAINTIFF

v.                          No. 4:13-cv-623-DPM

CENTRAL ARKANSAS TRANSIT AUTHORITY
and DINNIS WICKER, Claim Manager, C.A.T.             DEFENDANTS

JUDGMENT

Williams's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2014