IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLIFTON JAMES WILLIAMS, SR.**                                   **PLAINTIFF**

v.                                   No. 4:13-cv-623-DPM

**CENTRAL ARKANSAS TRANSIT**                                   **DEFENDANT**

ORDER

The Court directs the Clerk to docket Williams's letter, № 13, as a motion to reconsider. The Court will hold a hearing on the motion on 19 March 2014 at 4:00 p.m. in Courtroom B-155 of the Richard Sheppard Arnold United States Courthouse in Little Rock.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 February 2014