# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLIFTON JAMES WILLIAMS, SR.**                                              **PLAINTIFF**

v.                                       No. 4:13-cv-623-DPM

**CENTRAL ARKANSAS TRANSIT**                                                  **DEFENDANT**

## ORDER

The Court held a hearing today on Williams's letter motion to reconsider, № 13. For the reasons explained, the motion is denied. This personal-injury case between two Arkansawyers cannot go forward in this Court. The dismissal is without prejudice, so Williams may pursue his claims in another court. The sentence of Williams's letter right above his signature, № 13 at 2, is striken as inappropriate and untrue: Williams's race had nothing to do with this Court's decision.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 March 2014